UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINIA E. BOUTROS,<br><br>                     Plaintiff,<br><br>v.<br><br>JOE BIDEN, DONALD TRUMP, BARACK OBAMA, GEORGE W. BUSH, BILL CLINTON, MINDA MCALLISTER, TIM DAVIS,<br><br>                     Defendants. | Case No.: 24cv442-JO-MSB<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |

*Pro se* Plaintiff Zinia E. Boutros ("Plaintiff") filed this action against all U.S. Presidents from the years 2000 to 2024 as well as Minda McAllister and Tim Davis ("Defendants"). Dkt. 1 ("Complaint"). Additionally, she has requested to proceed *in forma pauperis* ("IFP") pursuant 28 U.S.C. § 1915(a). Dkt. 2 "(IFP Motion").

### I.      MOTION TO PROCEED IFP

Plaintiff has not prepaid the civil filing fee and instead requests to proceed IFP, claiming an inability to pay. A plaintiff instituting any civil action, suit, or proceeding in a federal district court must pay a filing fee of $405. 28 U.S.C. § 1914(a). However, a district court may waive the filing fee by granting the plaintiff leave to proceed IFP. 28

U.S.C. § 1915(a)(1). To proceed IFP, a plaintiff must submit an affidavit that includes a statement of all assets and demonstrates an inability to pay the filing fee. 28 U.S.C. § 1915(a); *see also* Local Civ. R. 3.2. An affidavit is "sufficient where it alleges that the [plaintiff] cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (citation omitted). "The granting or refusing of permission to proceed [IFP] is a matter committed to the sound discretion of the district court." *Skelly v. U.S. Dep't of Educ.*, 2019 WL 6840398, at *2 (S.D. Cal. Dec. 16, 2019) (quoting *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965)).

Plaintiff has not demonstrated that she is unable to pay the filing fee. The affidavit she submitted in support of her IFP motion states that she has a monthly income of $3,400 and monthly expenses of approximately $6,000. IFP Motion at 1–2, 6. Additionally, Plaintiff has $24,000 in a savings account and owns real property worth $1.7 million. *Id.* at 2–3. Based on this information, the Court finds that Plaintiff is able to pay the required $405 civil filing fee. *See Escobedo*, 787 F.3d at 1234.

## II.  CONCLUSION

For the reasons above, the Court DENIES Plaintiff's motion for leave to proceed *in forma pauperis* and DISMISSES this action without prejudice for failure to pay the $405 filing fee. If Plaintiff still wishes to proceed with this case, she must pay the required filing fee within thirty (30) days of this Order at which point the Court will reopen the case.

**IT IS SO ORDERED**.

Dated:  April 5, 2024

_____
Honorable Jinsook Ohta
United States District Judge